**Fill in this information to identify the case:**

Debtor 1   MARTHA BATTAGLIA

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN   District of FLORIDA
(State)

Case number 14-29493-MAM

## Official Form 410S2

### Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR GIFM HOLDINGS TRUST

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account:   6559

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☐ No
☒ Yes.  Date of last notice: 5/25/2017

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | | (3) $ _____ |
| 4. Filing fees and court cost | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify: | | (10) $ _____ |
| 11. Other. Specify: Hazard Disbursements | 11/1/18, 12/3/18, 1/2/19, 1/31/19, 2/28/19, 4/4/19 | (11) $1,020.54 |
| 12. Other. Specify: _____ | | (12) $ _____ |
| 13. Other. Specify: _____ | | (13) $ _____ |
| 14. Other. Specify: _____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Ida A. Moghimi-Kian          Date 4/25/2019
   Signature

Print:    Ida A. Moghimi-Kian                  Title   Attorney for the Creditor
          First name   Middle name   Last name

Company   SHD Legal Group P.A.

Address   PO BOX 19519
          Number        Street

          Fort Lauderdale   FL   33318
          City              State ZIP Code

Contact phone   (954) 564-0071           Email   IMoghimi-Kian@shdlegalgroup.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, April 25, 2019, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

MARTHA BATTAGLIA
1005 25 ST
VERO BEACH, FL 32960
*Debtor(s)*

BRIAN J COHEN, ESQ
1700 UNIVERSITY DR SUITE 210
CORAL SPRINGS, FL 33071
*Attorney for Debtor(s)*

ROBIN R.WEINER
PO BOX 559007
FT. LAUDERDALE, FL 33355
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

          **SHD Legal** Group P.A.
          **Attorneys for Creditor (SHD No. 1456-173044)**
          PO BOX 19519
          Fort Lauderdale, FL 33318
          Phone: (954) 564-0071
          Fax:  (954) 564-9252

          By:  /s/ Ida A. Moghimi-Kian
              Ida A. Moghimi-Kian
              Florida Bar No.56395
              IMoghimi-Kian@shdlegalgroup.com